UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO STATE STUDENTS FOR LIFE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM GREGORY THATCHER,<br><br>Defendant. | No. 1:17-cv-00657-DAD-SKO<br><br><br><u>ORDER GRANTING JOINT MOTION FOR STIPULATED INJUNCTIVE RELIEF</u><br><br>(Doc. No. 23) |

This matter is before the court on the parties' joint motion for stipulated injunctive relief. (Doc. No. 23.) Plaintiffs, Fresno State Students for Life, Bernadette Tasy, and Jesus Herrera, filed suit in federal court against defendant William Gregory Thatcher, an Assistant Professor of Public Health at California State University, Fresno. (Doc. No. 1.) Plaintiffs seek injunctive and declaratory relief, monetary damages, and attorneys' fees and costs for violation of their First Amendment right to free speech and Fourteenth Amendment right to equal protection of the law. (*See generally id.*) On November 1, 2017, the parties participated in a court supervised settlement conference before the assigned magistrate judge. (Doc. No. 21.) At that conference the case was settled, with the parties agreeing to a stipulated injunction. Having considered the matter, and for good cause shown, the court grants the injunction as stipulated to and as follows:

1

1. Defendant Thatcher is hereby prohibited from interfering with, disrupting, defacing, or altering any future legal expressive activities that Fresno State Students for Life or its members conduct on the campus of California State University, Fresno (hereinafter "University"); and

2. Defendant Thatcher is prohibited from directing, prompting, or encouraging any other persons to interfere with, disrupt, deface, or alter any future legal expressive activities that Fresno State Students for Life or its members conduct on the campus of California State University, Fresno.

3. The paragraphs above do not prevent defendant Thatcher from contacting the appropriate officials at California State University, Fresno if he believes students are violating any University policy.

4. This stipulated order shall not reflect any admission of liability by defendant as to any issue in this case. Furthermore, this order shall not be used by any party to this action as evidence in any legal proceeding other than the present action, including but not limited to administrative actions by Fresno State University.

IT IS SO ORDERED.

Dated: **November 3, 2017**   _Dale A. Drozd_
UNITED STATES DISTRICT JUDGE