# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO STATE STUDENTS FOR LIFE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WILLIAM GREGORY THATCHER,<br><br>　　　　Defendant. | No. 1:17-CV-00657-DAD-SKO<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(Doc. 37) |

On March 19, 2018, the parties filed a Joint Stipulation to dismiss with prejudice all claims alleged in Plaintiff's Verified Complaint. (Doc. 37.) Based on the parties' Stipulation, this action has been dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **March 20, 2018**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1